**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**ARLINE TOWNE**                                                                          **PLAINTIFF**

**V.**                                             **4:08CV003585 JMM**

**ARKANSAS VETERAN'S HOME, et. al.**                                      **DEFENDANTS**

**ORDER**

Pending are Plaintiff's motions to extend the discovery deadline. (Docket #'s 18 and 20[1]). Defendants have responded and object to an extension. In the interest of justice, Plaintiff's motions are GRANTED. The discovery deadline will be extended solely for the purpose of deposing the defendants. Plaintiff will be allowed up to and including June 22, 2009 in which to complete these depositions. The deadline to file dispositive motions is extended up to and including June 26, 2009. The trial date will remain the week of July 27, 2009.

IT IS SO ORDERED this 10th day of June, 2009.

_____
James M. Moody
United States District Judge

---

[1] Docket # 20 appears to be a duplicate of docket # 18.