# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**ARLINE TOWNE**                                                                     **PLAINTIFF**

**V.**                                     **4:08CV003585 JMM**

**DAVID FLETCHER, In his official capacity
as Director of the Arkansas Department of
Veteran's Affairs; MIKE TURNER, In his
official capacity as Interim Administrator
of the Arkansas Veteran's Home; ALBERT
WILSON, In his official capacity as
Administrator of the Arkansas Veteran's
Home**                                                                            **DEFENDANTS**

## ORDER

Pursuant to General Order No. 54, Plaintiff's counsel, Rickey Hicks is authorized to bring cell phones and electronic device(s) into the courthouse for this proceeding scheduled to begin July 27, 2009.

IT IS SO ORDERED this 24th day of July, 2009.

_____
James M. Moody
United States District Judge