IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**ARLINE TOWNE**                                                                              **PLAINTIFF**

**V.**                                            **4:08CV003585 JMM**

**DAVID FLETCHER, In his official capacity
as Director of the Arkansas Department of
Veteran's Affairs; MIKE TURNER, In his
official capacity as Interim Administrator
of the Arkansas Veteran's Home; ALBERT
WILSON, In his official capacity as
Administrator of the Arkansas Veteran's
Home**                                                                                         **DEFENDANTS**

## JUDGMENT

Pursuant to the Findings of Fact and Conclusions of Law entered on this date, Judgment is entered in favor of Defendants. Plaintiff's complaint is dismissed with prejudice.

IT IS SO ORDERED this 31st day of July, 2009.

_____
James M. Moody
United States District Judge